Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
October 23, 2024
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL NO. **4:24-cr-00538** |
| | § | |
| HENRY ALLEN CARTWRIGHT, Jr., | § | |
| and | § | |
| GARY WAYNE GUIDRY, | § | **UNDER SEAL** |
| Defendants. | § | |

INDICTMENT

The Grand Jury charges:

**COUNT 1:**

CONSPIRACY TO POSSESS WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE

Between the dates of August 16, 2024 to the present, in the Southern District of Texas and elsewhere, the defendants,

HENRY ALLEN CARTWRIGHT, Jr.,

and,

GARY WAYNE GUIDRY,

the defendants herein, knowingly and intentionally combined, confederated, conspired, and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the offense of Possession with Intent to Distribute a Controlled Substance. This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1), 841(b)(1)(A)(viii) and 846.

## COUNT TWO:

POSSESSION WITH INTENT TO DISTRIBUTE
A CONTROLLED SUBSTANCE

On or about August 16, 2024, in the Houston Division of the Southern District of Texas, the defendant,

HENRY ALLEN CARTWRIGHT, Jr.,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT THREE**

USING AND CARRYING A FIREARM DURING AND
IN RELATION TO A DRUG TRAFFICKING CRIME

On or about August 16, 2024, in the Houston Division of the Southern District of Texas, the defendant,

HENRY ALLEN CARTWRIGHT, Jr.,

did knowingly use and carry a firearm, during and in relationship to a drug trafficking crime for which he may be prosecuted in a court of the United States, Possession with Intent to Distribute a Controlled Substance, as charged in this indictment.

In violation of Title 18, United States Code, § 924(c)(1)(A)(i).

**COUNT FOUR:**

AIDING AND ABETTING POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about September 4, 2024, in the Houston Division of the Southern District of Texas, the defendants,

HENRY ALLEN CARTWRIGHT, Jr.,

and,

GARY WAYNE GUIDRY,

aiding and abetting each other, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, § 2.

## COUNT FIVE

USING AND CARRYING A FIREARM DURING AND
IN RELATION TO A DRUG TRAFFICKING CRIME

On or about September 4, 2024, in the Houston Division of the Southern District of Texas, the defendant,

HENRY ALLEN CARTWRIGHT, Jr.,

did knowingly use and carry a firearm, during and in relationship to a drug trafficking crime for which he may be prosecuted in a court of the United States, Possession with Intent to Distribute a Controlled Substance, as charged in this indictment.

In violation of Title 18, United States Code, § 924(c)(1)(A)(i).

**COUNT SIX:**

POSSESSION WITH INTENT TO DELIVER
A CONTROLLED SUBSTANCE

On or about September 17, 2024, in the Houston Division of the Southern District of Texas, the defendant,

HENRY ALLEN CARTWRIGHT, Jr.,

did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A)(viii).

**COUNT SEVEN**

USING AND CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME

On or about September 17, 2024, in the Houston Division of the Southern District of Texas, the defendant,

HENRY ALLEN CARTWRIGHT, Jr.,

did knowingly use and carry a firearm, during and in relationship to a drug trafficking crime for which he may be prosecuted in a court of the United States, Possession with Intent to Distribute a Controlled Substance, as charged in this indictment.

In violation of Title 18, United States Code, § 924(c)(1)(A)(i).

**COUNT EIGHT:**

AIDING AND ABETTING POSSESSION WITH INTENT TO DELIVER A CONTROLLED SUBSTANCE

On or about October 7, 2024, in the Houston Division of the Southern District of Texas, the defendants,

HENRY ALLEN CARTWRIGHT, Jr.,

and,

GARY WAYNE GUIDRY,

aiding and abetting each other, and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, §§ 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, § 2.

## COUNT NINE

USING AND CARRYING A FIREARM DURING AND
IN RELATION TO A DRUG TRAFFICKING CRIME

On or about October 7, 2024, in the Houston Division of the Southern District of Texas, the defendant,

HENRY ALLEN CARTWRIGHT, Jr.,

did knowingly use and carry a firearm, during and in relationship to a drug trafficking crime for which he may be prosecuted in a court of the United States, Possession with Intent to Distribute a Controlled Substance, as charged in this indictment.

In violation of Title 18, United States Code, § 924(c)(1)(A)(i).

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

Richard D. Hanes
RICHARD D. HANES
Assistant United States Attorney
Southern District of Texas